IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VON CALLAWAY and TERRI WITT,<br>　　Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. SA-23-CA-818-FB |
| MERIDIAN SECURITY,<br>　　Defendant. | §<br>§<br>§ | |

### JOINT NOTICE OF SETTLEMENT

TO THE UNITED STATES DISTRICT JUDGE:

　　The Parties announce they have reached a settlement agreement in this matter.  The Parties anticipate they will have the settlement finalized within sixty (60) days from today and will file a joint stipulation of dismissal with the Court.  Accordingly, the Parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PERRY DOMINGUEZ LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　2101 NW Military Highway
　　　　　　　　　　　　　　　　　　Castle Hills, Texas 78213
　　　　　　　　　　　　　　　　　　Telephone:　　(210) 562-2875
　　　　　　　　　　　　　　　　　　Facsimile:　　(210) 562-2873
　　　　　　　　　　　　　　　　　　perry@pdattorney.com
　　　　　　　　　　　　　　　　　　naomi@pdattorney.com

　　　　　　　　　　　　　　　　　　*/s/ Naomi Lara by permission*

　　　　　　　　　　　　　　　　　　Perry J. Dominguez, II
　　　　　　　　　　　　　　　　　　State Bar No. 24055414
　　　　　　　　　　　　　　　　　　Naomi Lara
　　　　　　　　　　　　　　　　　　State Bar No. 24096944

　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFFS VON
　　　　　　　　　　　　　　　　　　CALLAWAY AND TERRI WITT

LINDOW ▪ STEPHENS ▪ SCHULTZ LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone:   (210) 227-2200
Facsimile:    (210) 227-4602
dstephens@lsslaw.com
acooke@lsslaw.com

*/s/ Anne E. Cooke*

_____
David R. Stephens
State Bar No. 19146100
Anne E. Cooke
State Bar No. 24088395

COUNSEL FOR DEFENDANT MERIDIAN
SECURITY INSURANCE COMPANY

2