IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VON CALLAWAY, TERRI WITT | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-23-CA-818-FB |
| | § | |
| MERIDIAN SECURITY, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Joint Rule 41(a) Stipulation of Voluntary Dismissal, filed by the parties on July 18, 2024. (Docket no. 27). The parties stipulate that all matters have been resolved and that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that, pursuant to the stipulation signed by the parties (docket no. 27) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 19th day of July, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE